1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  JULIO CESAR CASTELLANOS,              Case No. 1:10-cv-02261 LJO JLT (PC)

12          Plaintiff,                    ORDER DENYING PLAINTIFF'S REQUEST
                                          FOR THE PRODUCTION OF DOCUMENTS
13      vs.
                                          (Doc. 6)
14  DARRYL B. FERGUSON, et al.,

15          Defendants.

16  _____/

17          Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C.

18  § 1983.  On January 4, 2010, Plaintiff requested that Defendants produce documents, including:

19  Defendants' employment records and credentials, work product retained by Defendants, and any

20  records of monetary transactions between Plaintiff and Defendants.  Plaintiff, however, has not paid

21  the filing fee or, in the alternative, filed a completed application to proceed *in forma pauperis* for

22  this action. (See Doc. 3.)  Thus, the Court has yet to screen the complaint, and Defendants have not

23  been served.  Only at that time will the Court issue a discovery and scheduling order authorizing

24  Plaintiff's discovery requests.

25          Accordingly, it is HEREBY ORDERED that Plaintiff's January 4, 2011, request for the

26  production of documents (Doc. 6) is DENIED AS PREMATURE.

27  IT IS SO ORDERED.

28  Dated:   **January 5, 2011**              **/s/ Jennifer L. Thurston**
                                          UNITED STATES MAGISTRATE JUDGE